**Fabrizio CATALFAMO, Appellant,**

v.

**Beata CATALFAMO, Appellee.**

**No. 5D16–2708.**

District Court of Appeal of Florida,
Fifth District.

Nov. 15, 2016.

Fabrizio Catalfamo, Ormond Beach, pro se.

Armistead W. Ellis, Jr., of Armistead W. Ellis, Jr., P.A., Daytona Beach, for Appellee.

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

PALMER, BERGER, and WALLIS, JJ., concur.

■

**Judith Ann HAGNER, Appellant,**

v.

**Susan DIETRICH, Linda Brown, Elizabeth Ramon, and Rita Settle, Appellees.**

**No. 5D16–3301.**

District Court of Appeal of Florida,
Fifth District.

Nov. 15, 2016.

Judith Ann Hagner, Orlando, pro se.

H. Terrell Griffin, of H. Terrell Griffin, P.A., Maitland, for Appellees.

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

PALMER, BERGER, and WALLIS, JJ., concur.